WHITAKER *v.* THE NEW ENGLAND MORTGAGE SECURITY CO.

*Simmons, C. J.*—According to the principles laid down by this court in *Jackson* v. *American Mortgage Company of Scotland, Limited*, 88 *Ga.* 756, and in *Stansell* v. *The Georgia Loan & Trust Company*, 96 *Ga.* 227, the evidence on the question of title demanded a finding in favor of the plaintiff for the premises in dispute, and the court did not err in so instructing the jury; and it not appearing that there was any error in the finding as to mesne profits, this matter having been properly submitted to the jury, the motion for a new trial was rightly overruled.     *Judgment affirmed.*

August 5, 1895.

Complaint for land.   Before Judge Jenkins.   Baldwin superior court.   July term, 1894.

*C. P. Crawford,* for plaintiff in error.

*W. E. Simmons,* contra.